```
1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  BARBARA BRENNAN SILANO (MASSBAR 055540)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7223
7      Facsimile: (415) 436- 7234
       E-mail: barbara.silano@usdoj.gov
8
   Attorneys for Plaintiff
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-00179 WHA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [~~Proposed~~] Speedy Trial Order |
| v. | ) | |
| | ) | |
| JORGE SAAVEDRA MORA, | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, and both sides having so stipulated, the Court finds, pursuant to 18 U.S.C. §3161(h)(7)(A), that the ends of justice served by excluding time from March 30, 2010 to May 11, 2010 outweigh the best interest of the public and the defendant in a speedy trial. The case involves approximately seven months of overlapping wiretaps, many of which are in the Spanish language and thousands of pages of documents which must be reviewed by the defense. Moreover, the Court finds, pursuant to 18 U.S.C. §3161(h)(7)(B) that failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1   Accordingly, IT IS HEREBY ORDERED that the time period between March 30, 2010 and
2  and May 11, 2010 is excluded from calculations pursuant to 18 U.S.C. §3161(h)(7)(A) and B.

4   DATED:    April 23, 2010.



HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

SPEEDY TRIAL ORDER                     2