IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 10-00179 WHA |
| v. | |
| JORGE SAAVEDRA-MORA, | **NOTICE RE DEFENDANT'S MOTION TO MODIFY OR REDUCE SENTENCE** |
| Defendant. | |

*Pro se* defendant Jorge Saavedra-Mora has submitted a motion to modify or reduce his sentence by two base offense levels, "in accordance to the Drug Quantity Table § 1B1.10 effective date of this amendment is November 1, 2014" (Dkt. No. 122 at 1). It is the undersigned judge's understanding that the Federal Public Defender's Office is reviewing cases that may be eligible for sentence reductions under the November 1 amendments. Accordingly, a copy of defendant's motion has been forwarded to the Federal Public Defender's Office for review.

Dated: September 26, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE